IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: PHYLLIS CORDERO | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | CASE NO: 12-13181 |
| | : | |

**NOTICE OF ADDRESS CHANGE**

eCast Settlement Corporation hereby changes its address for its claim number 20, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    3936 E FT. LOWELL, SUITE 200

    TUCSON, AZ  85712

New Address for Notices and Payments:

    eCast Settlement Corporation

    PO Box 28136

    New York, NY 10087-8136

    610-228-2570

    proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator

    Becket & Lee LLP

    PO Box 3001

    Malvern, PA 19355-0701

DATE: 7/15/2016