# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Phyllis Cordero | : | Case No.: 12-13181 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Ashely M. Chan |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
    Karina Velter, Esquire (94781)
    Kimberly A. Bonner (89705)
    Holly N. Wolf (322153)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

16-032346_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :
                                          :
  **Phyllis Cordero**            :   Case No.: 12-13181
                                          :   **Chapter 13**
  Debtor(s).                     :   **Judge Ashely M. Chan**
                                          :   * * * * * * * * * * * * * * * * * * * * * * *
                                          :
                                          :

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Ellis B. Klein, Attorney for Phyllis Cordero, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020, ykassoc@gmail.com

Paul H. Young, Attorney for Phyllis Cordero, 3554 Hulmeville Rd., Suite 102, Bensalem, PA 19020, ykassoc@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December 1, 2016:

Phyllis Cordero, 1629 Womrath St, Philadelphia, PA 19124

Phyllis Cordero, 1629 Womrath Street, Philadelphia, PA 19124

DATE: __December 1, 2016__

          /s/ Karina Velter
          Karina Velter, Esquire (94781)
          Kimberly A. Bonner (89705)
          Holly N. Wolf (322153)
          Manley Deas Kochalski LLC
          P.O. Box 165028
          Columbus, OH 43216-5028

16-032346_PS

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-032346_PS