United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-13181-amc
Phyllis Cordero                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2    Date Rcvd: Jul 21, 2017
                    Form ID: 3180W    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2017.
```
db           +Phyllis Cordero,    1629 Womrath St.,    Philadelphia, PA 19124-4634
12725135     +Midland Credit Management, Inc.,    2365 Nortside Drive, Suite 300,    San Diego, CA 92108-2709
13024258    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
               Lewisville, TX 75067)
12754183     +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
12717462     +Young, Klein & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
13027082      eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Jul 22 2017 01:27:36     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2017 01:26:41     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 22 2017 01:27:21     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12823232      EDI: AIS.COM Jul 22 2017 01:23:00      American InfoSource LP as agent for,
               Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
12723563      EDI: DISCOVER.COM Jul 22 2017 01:28:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH  43054-3025
12761385      EDI: RMSC.COM Jul 22 2017 01:28:00      GE Capital Retail Bank,    Attn: Bankruptcy Department,
               PO Box 960061,    Orlando FL 32896-0661
12753198      EDI: JEFFERSONCAP.COM Jul 22 2017 01:28:00      Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617
12747876     +EDI: CAUT.COM Jul 22 2017 01:23:00      JP Morgan Chase Bank, N.A.,    c/o Mary Lautenbach,
               201 N. Central Avenue,    Mail Code AZ1-1191,    Phoenix AZ 85004-8001
12836581      EDI: BL-CREDIGY.COM Jul 22 2017 01:23:00      Main Street Acquisition Corp., assignee,
               of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12831915      EDI: PRA.COM Jul 22 2017 01:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA 23541
13024085     +EDI: PRA.COM Jul 22 2017 01:23:00      PRA Receivables Management, LLC,    POB 41067,
               Norfolk, VA 23541-1067
12791287      EDI: Q3G.COM Jul 22 2017 01:28:00      Quantum3 Group LLC as agent for,
               World Financial Network Bank,    PO Box 788,    Kirkland, WA  98083-0788
13003911     +E-mail/Text: bncmail@w-legal.com Jul 22 2017 01:27:11     TD Bank USA, N.A.,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12976630      EDI: ECAST.COM Jul 22 2017 01:28:00      eCAST Settlement Corporation,    POB 29262,
               New York, NY 10087-9262
                                                                                                TOTAL: 14
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Jul 21, 2017
                              Form ID: 3180W           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:

        ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        ELLIS B. KLEIN    on behalf of Debtor Phyllis  Cordero ykassoc@gmail.com,  ykaecf@gmail.com,
         ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
        KARINA  VELTER    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
        PAUL H. YOUNG    on behalf of Debtor Phyllis  Cordero ykassoc@gmail.com,  ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com
        SHERRI J. BRAUNSTEIN    on behalf of Creditor    Bank of America, N.A. sbraunstein@udren.com,
         vbarber@udren.com
        THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Phyllis Cordero** | Social Security number or ITIN  **xxx–xx–8814** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **12–13181–amc** | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Phyllis Cordero

7/20/17                                                             **By the court:**    <u>Ashely M. Chan</u>
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                                            **Chapter 13 Discharge**                                            page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**